IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **AGNES BERNICE HOLBROOK,** ) | Civil Action No. 7:12-cv-00380 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **HONORABLE JUDGE JONES, et al.,** ) | By: | Hon. Michael F. Urbanski |
|     Defendants. ) | | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's claims against the Honorable Judge Jones are **DISMISSED as frivolous**, pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's claims against the Unknown Persons at the Federal Prosecutors' Office are **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered: October 15, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge